RECEIVED
2005 JUL 25 A 10: 20

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

Brenda Powell #162568   Case- 205-CV-579-F
Plaintiff(s)

vs.

Donal Campbell, et Al.,
Defendant(s)

I, Brenda Powell, being first duly sworn, depose and say that I am the plaintiff in the above entitled case that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? YES (✓) NO ( )

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
      $30.00 to 40.00 per month
      Alabama Department of Corrections Clothing Plant

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
      _____
      _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES (✓) NO ( ) - See Above - A

   B. Rent payments, interest or dividends? YES ( ) NO (✓)

   C. Pensions, annuities of life insurance payments? YES ( ) NO (✓)

   D. Gifts or inheritances? YES ( ) NO (✓)

   E. Any other sources? YES ( ) NO (✓)

3. If the answer to any of the above is YES, describe each source of money and state the amount recieved from each during the past twelve months. _____
_____

4. Do you own cash, or do you have money in a checking or savings account? (Include any funds in prison account). YES (✓)  NO( )

   If the answer is YES, state the total value of the items owned.
   $33.13 _____
   _____

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property ( including ordinary household furnishings and clothing)? YES ( )  NO (✓)

   If the answer is yes describe the property and state its approximate value.
   _____
   _____

6. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. NONE
   _____
   _____

                                              _Brenda Powell_____
                                              Signature of affiant


STATE OF ALABAMA
COUNTY OF _____

Before me, a notary public and for said Couny, in said State, personally appeared _Brenda Powell_____, whose name signed to the forgoing complaint, who being first duly sworn deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of her knowledge and belief.

                                              _Brenda Powell_____
                                              Signature of Affiant

Sworn to and subscribed before me on this the __20__ day of __July__, 200_5_.
                                              _____
                                              Notary Public
                                              _Montgomery_ County, Alabama

**I DECLARE UNDER PENALITY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.**

**EXECUTED ON** _____.
                                    **(DATE)**

                    Signature of affiant    _____

### CERTIFICATE

I hereby certify that the plaintiff here in has the sum of $ _17.29_ on account to her credit at the _Tutwiler_ institution where he is confined. I furter certify that plaintiff likewise has the following securities to his credit according to the records of said institution _____
_____
_____
_____

I further certify that, she has had the average sum on account at this institution as of the first day of each mont of the immediate preceding months (not to exceed six (6) months).

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____
_____
_____
_____

                                        _Lisa Goodwin_
                                        Authorized officer of Institution

Date: _7/11/05_

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
TUTWILER PRISON

AIS #: 162568     NAME: POWELL, BRENDA CAROL     AS OF: 07/11/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JUL | 20 | $36.63 | $0.00 |
| AUG | 31 | $12.16 | $38.00 |
| SEP | 30 | $10.91 | $66.00 |
| OCT | 31 | $18.56 | $97.75 |
| NOV | 30 | $33.91 | $144.00 |
| DEC | 31 | $12.07 | $58.38 |
| JAN | 31 | $8.22 | $33.75 |
| FEB | 28 | $2.04 | $32.88 |
| MAR | 31 | $1.88 | $36.88 |
| APR | 30 | $6.23 | $34.50 |
| MAY | 31 | $7.96 | $36.75 |
| JUN | 30 | $1.68 | $34.75 |
| JUL | 11 | $6.77 | $26.50 |