Powell

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ray P. Hope_   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Ray P. Hope

C. Date of Delivery:

1. Article Addressed to:

    Donal Campbell, Commissioner
    Alabama Dept. of Corrections, Legal Division
    P. O. Box 301501
    Montgomery, AL 36130-1501

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:05cv579 (cmp, order, order to ans)

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 6891

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540