IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA POWELL,<br>AIS #162568<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DONAL CAMPBELL, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　2:05-CV-579-F<br>)<br>)<br>)<br>) |

## MOTION FOR ENLARGEMENT OF TIME

Come now the Defendants, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., move for an extension of time in which to file their Answer and Special Report. In support of the foregoing, the defendants state as follows:

1. Undersigned counsel has received seven complaints from various inmates alleging constitutional violations at Tutwiler Prison. The undersigned was given 40 days to file these seven special reports and seven answers to these claims, making these responses due on July 27, 2005.

2. The undersigned will be out of the office most or all of the week of July 18-22, and possibly the week of July 25-29 as well, to attend to a personal matter. The undersigned has not yet received the documentation to from the Alabama Department of Corrections necessary to file a response.

3. The defendants thus request a 15-day extension from July 27, 2005, to August 13 2005, to obtain this documentation and to file these Answers and Special Reports.

1

4. This extension will not unduly prejudice the plaintiff, but will aid in the administration of justice by ensuring that the plaintiff's complaint is adequately addressed.

Wherefore, based on the foregoing, the defendants respectfully request an enlargement of time of 15 days, to August 13, 2005, to file their Special Report.

                    Respectfully submitted,

                    TROY KING
                    ATTORNEY GENERAL

                    /s/ Andrew Hamilton Smith
                    ANDREW HAMILTON SMITH (SMI263)
                    ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 14th day of July, 2005, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Brenda Powell, AIS 162568
Tutwiler Prison for Women
8966 Highway 231
Wetumpka, AL  36092

/s/ Andrew H. Smith
ANDREW HAMILTON SMITH
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL
Office of the Attorney General
11 South Union Street
Montgomery, Alabama  36130
(334)353-8811