RECEIVED

2005 JUL 25 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**NORTHERN DIVISION**

Brenda Powell            )     CASE # 2:05-CV-579-F
**Plaintiff**            )
                         )
v.                       )
                         )
<u>Donal Campbell, et al</u>  )
**Defendants**           )

### PETITION TO CERTIFY THIS LEGAL ACTION - CLASS ACTION

Pursuant to FRCP 23(b)(2). I am asking the court to certify this legal action as a **Class Action Lawsuit.** To establish a Plantiff of all present and future inmates who are similarly situated, being able to recover for their Physical Damages, as well as any kind of injunctive or Declaratory Relief, appropriate in this case.

As a Pro Se Inmate it is my belief that as a plaintiff along with other inmates we have:

I.  Claims arising out of the same series of events occurring in the same facility.

II. Sharing at least one common question of law or fact.

Realizing that the court has the power to join claims or break them apart. I am asking the court to consider this petition as well as that of other Plaintiffs. Further evidence will prove this to be a *Systematic Problem* that has and will cause *Substantial Physical Injuries* to Plaintiff now and in the future.

Respectfully,

Brenda Powell
Signature

## CERTIFICATE OF SERVICE

RECEIVED
2005 JUL 25  A 10: 21

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON United States District Court BY THE U.S. FIRST CLASS MAIL, THIS 20th DAY OF July, 2005.

Brenda Powell
PETITIONER