RECEIVED
JUL 25 A 10: 21

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Brenda Powell  )   CASE # 205-CV-583-F
**Plaintiff**  )
                )
v.              )
                )
Donal Campbell, et Al  )
**Defendants** )

## PETITION FOR APPOINTMENT OF ATTORNEY

As a Pro Se Inmate, Pursuant to Federal Statue 28 USCS § 1915 (e) which gives the court authority to appoint attorneys. It is my belief and based on the known facts and circumstances surrounding this 1983 Suit being filed which has:

I. Merit.

II. Will require factual investigation, and due to my incarceration I will not be able to perform that investigation myself.

III. Due to being incarcerated, my creditability as a witness may come under attack so that there is need for a lawyer to conduct cross examination.

IV. The appointment of a lawyer would further Justice.

Respectfully,

Brenda Powell
Signature

## CERTIFICATE OF SERVICE

RECEIVED
2005 JUL 25 A 10: 21

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON United States District Court BY THE U.S. FIRST CLASS MAIL, THIS 20th DAY OF July, 2005.

*Brenda Powell*
PETITIONER