IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| BRENDA POWELL, #162568, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05-cv-579-F |
| | ) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## O R D E R

There being no objections filed to the Recommendation of the Magistrate Judge entered on July 26, 2005 (Doc. #13), said Recommendation is hereby adopted and it is the ORDER, JUDGMENT and DECREE:

1. That plaintiff's motion for class certification is DENIED.

2. That this case is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 19th day of August, 2005.

                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE