IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA POWELL, #162568, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-579-F |
| ) | [WO] |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

The complaint in this 42 U.S.C. § 1983 action was filed by Brenda Powell ["Powell"], a state inmate, on 13 June 2005. In this complaint, Powell asserts that correctional officials violated her constitutional rights when they failed to enforce the no smoking policy at the Julia Tutwiler Prison for Women thereby causing her exposure to second-hand smoke.

On 19 August 2005, this court entered an order, a copy of which the Clerk mailed to Powell. This order was returned to the court because Powell was no longer at the address she had provided for service. In the order of procedure entered in this case, the court instructed Powell to immediately inform the court of any new address. *See Order of June 21, 2005 - Court Document No.* 5 at 4. Because Powell failed to comply with this directive, the court entered an order requiring that on or before 1 September 2005 Powell inform the court of her present address. *See Order of August 23, 2005 - Court Doc. No. 18*.

The court specifically cautioned Powell that failure to comply with such order would result in a recommendation that this case be dismissed. *Id*. at 2.

The time allowed the plaintiff for filing a response has expired, and she has filed nothing in response to the aforementioned order. The court therefore concludes that this case is due to be dismissed.

## CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for failure of the plaintiff to prosecute this action and her failure to comply with the orders of this court.

It is further

ORDERED that on or before 23 September 2005 the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from

attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 9th day of September, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE