IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENDA POWELL, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:05cv579-F |
| | ) |
| DONAL CAMPBELL, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

On September 9, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for the failure of the plaintiff to prosecute this action and her failure to comply with the orders of this court.

DONE this the 29th day of September, 2005.

                                                  /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE