IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRENDA POWELL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv579-F |
| | ) | |
| DONAL CAMPBELL, *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |

# FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, and that this action is dismissed.

Done this the 29th day of September, 2005.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE