**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 29, 2005

# NOTICE OF CORRECTION

To:                 **All Counsel of Record**

From:               **Clerk's Office**

Case Style:         **Brenda Powell v. Donal Campbell, et al.**

Case Number:        **#2:05-cv-00579-MEF-VPM**

Referenced Document:   **Document #21**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained an incorrect signature date. The corrected pdf is attached to this notice.**